**GARDY & NOTIS, LLP**
James S. Notis
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7337
Fax: 201-567-7377

Counsel for Plaintiff

[Additional counsel listed on signature page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| NATALIE GORDON,<br><br>                Plaintiff,<br><br>   -v-<br><br>TERENCE W. EDWARDS, GEORGE J. KILROY, NEIL J. CASHEN, A.B. KRONGARD, JAMES W. BRINKLEY, ANN D. LOGAN, JONATHAN D. MARINER and FRANCIS J. VAN KIRK,<br><br>                Defendants,<br>   -and-<br><br>PHH CORPORATION,<br><br>                Nominal Defendant. | 1:06-cv-01476-RMB-AMD |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, whereas none of the defendants have served an answer or motion for summary judgment, plaintiff hereby voluntarily dismisses this action as to all defendants, without prejudice pursuant to Fed. R. Civ. P. 41(a)(1), each side to bear its own costs.

Dated: May 10, 2007

**GARDY & NOTIS, LLP**

By:   s/ James S. Notis
      James S. Notis (JN 4189)
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7377
Fax: 201-567-7337

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
Anthony Vozzolo
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system as follows:

Steven F. Gooby
(steven.gooby@dlapiper.com)
**DLA, PIPER, RUDNICK, GRAY & CARY, US LLP**
379 Thornall Street , 8th Floor
P.O. Box 2940
Edison, New Jersey 08837-2226

Counsel for all Defendants

            s/ James S. Notis
            James S. Notis (JN 4189)
            **GARDY & NOTIS, LLP**
            440 Sylvan Avenue, Suite 110
            Englewood Cliffs, New Jersey 07632
            Tel: 201-567-7377
            Fax: 201-567-7337

            Counsel for Plaintiff